**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-70208-JAD |
| Bunny G. Carns, | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED
CHAPTER 13 PLAN DATED JULY 7, 2016**

I, Kenny P. Seitz, Esquire for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 11 day of July, 2016, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan dated July 7, 2016, the Amended Chapter 13 Plan dated July 7, 2016, along with a copy of the Order dated 8, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: July 11, 2016

Respectfully submitted,
/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658\
(814) 536-7470
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 14-70208-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Jul 7 10:13:24 EDT 2016 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | ALTAIR CM XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Berkheimer<br>P.O. Box 995<br>50 North Seventh Street<br>Bangor, PA 18013-1798 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Cach, Llc<br>4340 S Monaco St Unit 2<br>Denver, CO 80237-3581 |
| Capl/Bontn<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Capl/Boscv<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Comenity Bank/Bon Ton<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | Comenity Bank/Justice<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Commonwealth of Pennsylvania<br>Collection's Unit<br>14th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 | Credit Management Co<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205-3956 | Credit Management Co<br>2121 Noblestown Road<br>Pittsburg, PA 15205-3956 |
| Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Gecrb/Balk<br>Po Box 965028<br>Orlando, FL 32896-5028 | Gecrb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 |
| Gecrb/Lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 | Gecrb/Paypal Smart Con<br>Po Box 965005<br>Orlando, FL 32896-5005 | Gecrb/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WEHRLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |

https://ncrs.uscourts.gov/query/...    July 7, 2016

https://ncrs.uscourts.gov/query/cmecf/index.adp

Page 2 of 2

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PSECU<br>P.O. Box 67013<br>Harrisburg, PA 17106-7013 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas Company LLC<br>375 North Shore Drive, Suite 600<br>Pittsburgh, PA 15212-5866 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791-3416 | TD BANK USA, N.A.<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Td Bank Usa/Targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | The Bureaus Inc<br>1717 Central St<br>Evanston, IL 60201-1507 | Verizon<br>500 Technology Dr Ste 30<br>Weldon Spring, MO 63304-2225 |
| Bunny G Caras<br>213 West Lloyd Street<br>Ebensburg, PA 15931-1905 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | M&T Bank<br>Attn: Bev Inglisbe<br>1100 Wehrle Drive<br>Williamsville, NY 1422 | (d)M&T Bank<br>Lending Services, Customer Support<br>P.O. Box 900<br>Millsboro, DE 19966 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T BANK

End of Label Matrix
Mailable recipients    44
Bypassed recipients     1
Total                  45

https://ncrs.uscourts.gov/query/...    July 7, 2016

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 14-70208-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Jul 7 10:13:24 EDT 2016 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Berkheimer<br>P.O. Box 995<br>50 North Seventh Street<br>Bangor, PA 18013-1798 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Cach, Llc<br>4340 S Monaco St Unit 2<br>Denver, CO 80237-3581 |
| Capl/Bontn<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Capl/Boscv<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Comenity Bank/Bon Ton<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | Comenity Bank/Justice<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Commonwealth of Pennsylvania<br>Collection's Unit<br>14th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 | Credit Management Co<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205-3956 | Credit Management Co<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 |
| Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Gecrb/Belk<br>Po Box 965028<br>Orlando, FL 32896-5028 | Gecrb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 |
| Gecrb/Lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 | Gecrb/Paypal Smart Con<br>Po Box 965005<br>Orlando, FL 32896-5005 | Gecrb/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PSECU<br>P.O. Box 67013<br>Harrisburg, PA 17106-7013 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas Company LLC<br>375 North Shore Drive, Suite 600<br>Pittsburgh, PA 15212-5866 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791-3416 | TD BANK USA, N.A.<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Td Bank Usa/Targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | The Bureaus Inc<br>1717 Central St<br>Evanston, IL 60201-1507 | Verizon<br>500 Technology Dr Ste 30<br>Weldon Spring, MO 63304-2225 |
| Bunny G Carns<br>213 West Lloyd Street<br>Ebensburg, PA 15931-1905 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | M&T Bank<br>Attn: Bev Inglalsbe<br>1100 Wehrle Drive<br>Williamsville, NY 1422 | (d)M&T Bank<br>Lending Services, Customer Support<br>P.O. Box 900<br>Millsboro, DE 19966 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T BANK

End of Label Matrix
Mailable recipients    44
Bypassed recipients    1
Total    45