**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 14-70208-JAD** |
| **Bunny G. Carns,** | : | |
| **Debtor** | : | **Chapter 13** |
| | : | |
| **Bunny G. Carns,** | : | **Document No.** 48 |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Saint Agnes Hospital** | : | |
| **900 Caton Avenue** | : | |
| **Baltimore, MD 21229** | : | |
| **Respondent** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee** | : | |
| **Additional Respondent** | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above-named Debtor having filed a Chapter 13 petition and Debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

SAINT AGNES HOSPITAL
900 CATON AVENUE
BALTIMORE, MD 21229

shall deduct from that income the sum of **$546.93**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR, ESQUIRE
CHAPTER 13 TRUSTEE, W.D.PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Clerk shall serve this order and a copy of the Notification of

Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security

number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and

local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be

withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance

with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE

ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF

DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity

in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the

administration of this attachment order, except as may be allowed upon application to and order of this Court.


DATED this __16__ day of <u>August,</u> <u>2016.</u>

_____
Jeffery A. Deller                           jsf
Chief United States Bankruptcy Judge


IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan
payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck
withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare
checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been
filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case
after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the
Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.


FILED
8/16/16 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 14-70208-JAD
Bunny G Carns                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz              Page 1 of 1              Date Rcvd: Aug 16, 2016
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
db              +Bunny G Carns,    213 West Lloyd Street,    Ebensburg, PA 15931-1905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Kenneth P. Seitz    on behalf of Debtor Bunny G Carns thedebterasers@aol.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 4