Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bunny G Carns**
    Debtor(s)

Bankruptcy Case No.: 14–70208–JAD
Per August 11, 2016 proceeding
Chapter: 13
Docket No.: 52 – 43, 44
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 7, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐   C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒   G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: M&T Bank (Claim No. 21) with payment changes implemented .

☐   H.   Additional Terms:

*(2.)*  ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**  **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**  **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**  **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 23, 2016

Jeffery A. Deller
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 14-70208-JAD
Bunny G Carns                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: lmar              Page 1 of 2           Date Rcvd: Aug 23, 2016
                               Form ID: 149            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2016.
db           +Bunny G Carns,    213 West Lloyd Street,    Ebensburg, PA 15931-1905
aty          +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
13827872    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank Of America,     Po Box 982235,    El Paso, TX 79998)
13827873     +Berkheimer,   P.O. Box 995,    50 North Seventh Street,    Bangor, PA 18013-1798
13827875     +Cap1/Bontn,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13827876     +Cap1/Boscv,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13827877     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13827878     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13827879     +Comenity Bank/Bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
13827880     +Comenity Bank/Justice,    Po Box 182789,    Columbus, OH 43218-2789
13827881     +Commonwealth of Pennsylvania,    Collection's Unit,    14th Floor, Strawberry Square,
               Harrisburg, PA 17120-0001
13839306     +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13837818     +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13827891     +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13827895     +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13827897     +Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13843427     +E-mail/Text: bncmail@w-legal.com Aug 24 2016 01:17:46      ALTAIR OH XIII, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13860473      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2016 01:21:31
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK   73124-8838
13833985      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2016 01:21:32
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK   73126-8941
13855913      E-mail/PDF: rmscedi@recoverycorp.com Aug 24 2016 01:21:29
               Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13827874     +E-mail/Text: ebn@squaretwofinancial.com Aug 24 2016 01:17:54       Cach, Llc,
               4340 S Monaco St Unit 2,    Denver, CO 80237-3581
13827883     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 24 2016 01:17:53
               Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13827882     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 24 2016 01:17:53
               Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13831156      E-mail/Text: mrdiscen@discover.com Aug 24 2016 01:17:07       Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
13827884     +E-mail/Text: mrdiscen@discover.com Aug 24 2016 01:17:07       Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
13827885     +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2016 01:14:56       Gecrb/Belk,    Po Box 965028,
               Orlando, FL 32896-5028
13827886      E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2016 01:15:32       Gecrb/Jcp,    Po Box 984100,
               El Paso, TX 79998
13827887     +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2016 01:14:56       Gecrb/Lowes,    Po Box 965005,
               Orlando, FL 32896-5005
13827888     +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2016 01:15:33       Gecrb/Paypal Smart Con,
               Po Box 965005,   Orlando, FL 32896-5005
13827889     +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2016 01:15:15       Gecrb/Walmart,    Po Box 965024,
               Orlando, FL 32896-5024
13904197      E-mail/Text: camanagement@mtb.com Aug 24 2016 01:17:23      M&T Bank,    Attn: Bev Inglalsbe,
               1100 Wehrle Drive,    Williamsville, NY 1422
13827890      E-mail/Text: camanagement@mtb.com Aug 24 2016 01:17:23      M&T Bank,
               Lending Services, Customer Support,    P.O. Box 900,    Millsboro, DE 19966
13827892     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2016 01:17:39       Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13879537      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2016 01:15:33
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13827894     +E-mail/Text: bankruptcynotices@psecu.com Aug 24 2016 01:17:59       PSECU,    P.O. Box 67013,
               Harrisburg, PA 17106-7013
13829614      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2016 01:17:36
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
13827893     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2016 01:14:57
               Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
13834820      E-mail/Text: bnc-quantum@quantum3group.com Aug 24 2016 01:17:26
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13834874     +E-mail/Text: bncmail@w-legal.com Aug 24 2016 01:17:46      TD BANK USA, N.A.,
               C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 23

```
District/off: 0315-7           User: lmar                    Page 2 of 2                   Date Rcvd: Aug 23, 2016
                               Form ID: 149                  Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T BANK
13893841         ##+Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                   Pittsburgh, PA 15212-5866
13834813         ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13827896         ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                                         TOTALS: 1, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Bunny G Carns thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```