**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Bunny G Carns**
   Debtor(s)

Bankruptcy Case No.: 14−70208−JAD
Doc. #59
Chapter: 13
Docket No.: 60 − 59
Concil. Conf.: June 22, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **May 8, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 22, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **June 22, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 22, 2017                        Jeffery A. Deller
                                                                                          United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 14-70208-JAD
Bunny G Carns                                                           Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: skoz                   Page 1 of 2                  Date Rcvd: Mar 22, 2017
                              Form ID: 410                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
db             +Bunny G Carns,    213 West Lloyd Street,    Ebensburg, PA 15931-1905
13827872      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13827873       +Berkheimer,    P.O. Box 995,    50 North Seventh Street,   Bangor, PA 18013-1798
13827875       +Cap1/Bontn,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13827876       +Cap1/Boscv,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13827877       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13827878       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13827879       +Comenity Bank/Bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
13827880       +Comenity Bank/Justice,    Po Box 182789,    Columbus, OH 43218-2789
13827881       +Commonwealth of Pennsylvania,    Collection’s Unit,    14th Floor, Strawberry Square,
                 Harrisburg, PA 17120-0001
13839306       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13837818       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13827891       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13893841       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13827895       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13827897       +Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13843427       +E-mail/Text: bncmail@w-legal.com Mar 23 2017 01:36:02     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13860473        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2017 01:33:39
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13833985        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2017 01:33:39
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
13855913        E-mail/PDF: rmscedi@recoverycorp.com Mar 23 2017 01:26:07
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13827874       +E-mail/Text: ebn@squaretwofinancial.com Mar 23 2017 01:36:16     Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
13827883       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 23 2017 01:36:16
                 Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13827882       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 23 2017 01:36:16
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13831156        E-mail/Text: mrdiscen@discover.com Mar 23 2017 01:34:56     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13827884       +E-mail/Text: mrdiscen@discover.com Mar 23 2017 01:34:56     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13827885       +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:25:49     Gecrb/Belk,   Po Box 965028,
                 Orlando, FL 32896-5028
13827886        E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:25:37     Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13827887       +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:25:49     Gecrb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13827888       +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:25:37     Gecrb/Paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
13827889       +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:25:37     Gecrb/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
13904197        E-mail/Text: camanagement@mtb.com Mar 23 2017 01:35:11     M&T Bank,    Attn: Bev Inglalsbe,
                 1100 Wehrle Drive,    Williamsville, NY 1422
13827890        E-mail/Text: camanagement@mtb.com Mar 23 2017 01:35:11     M&T Bank,
                 Lending Services, Customer Support,    P.O. Box 900,   Millsboro, DE 19966
13827892       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 23 2017 01:35:49     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13879537        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2017 01:33:39
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13827894       +E-mail/Text: bankruptcynotices@psecu.com Mar 23 2017 01:36:25     PSECU,   P.O. Box 67013,
                 Harrisburg, PA 17106-7013
13829614        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:35:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13827893       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2017 01:33:57
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13834820        E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2017 01:35:17
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
13834874       +E-mail/Text: bncmail@w-legal.com Mar 23 2017 01:36:02     TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 23
```

```
District/off: 0315-7          User: skoz                Page 2 of 2              Date Rcvd: Mar 22, 2017
                              Form ID: 410              Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
13834813        ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13827896        ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                                    TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Bunny G Carns thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```