IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| BUNNY G. CARNS, | : | Bankruptcy No. **14-70208JAD** |
| Debtor(s). | : | Chapter 13 |
| | : | Doc. # 62 |
| *************************************************** | : | |
| RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | : | |
| Movant(s), | : | |
| vs. | : | |
| BUNNY G. CARNS, | : | |
| Respondent(s). | : | |

# ORDER

AND NOW, this **8th** day of **May**, **2017**, IT APPEARS TO THE COURT THAT the movant has filed at Doc. #62 a **Withdrawal Of Trustee's Certificate of Default Requesting Dismissal Of Case** in the above-captioned bankruptcy case.

IT IS HEREBY ORDERED that **Doc. # 59 IS DENIED AS WITHDRAWN**.

IT IS FURTHER ORDERED THAT the Conciliation Conference scheduled on **Doc. #59** -**Trustee's Certificate of Default Requesting Dismissal Of Case** for **June 22, 2017** at **9:00 AM** at **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 IS HEREBY CANCELLED**.

_____
JEFFERY A. DELLER  jsf
U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL:

cc:  Debtor
     Kenneth P. Seitz, Esq.
     Ronda J. Winnecour, Esq.
     Office of the U.S. Trustee

FILED
5/8/17 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00012121

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bunny G Carns  
     Debtor

Case No. 14-70208-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7       User: amaz      Page 1 of 1      Date Rcvd: May 08, 2017  
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2017.  
db          +Bunny G Carns,    213 West Lloyd Street,    Ebensburg, PA 15931-1905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2017 at the address(es) listed below:  
         Andrew F Gornall     on behalf of Creditor     M&T BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         James Warmbrodt     on behalf of Creditor     M&T BANK bkgroup@kmllawgroup.com  
         Joshua I. Goldman     on behalf of Creditor     M&T BANK bkgroup@kmllawgroup.com  
         Kenneth P. Seitz     on behalf of Debtor Bunny G Carns thedebterasers@aol.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                              TOTAL: 6