IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  BUNNY G CARNS | : | Bankruptcy No.  7-14-BK-70208 |
|  | : | Chapter  13 |
| Debtor | : |  |
|  | : |  |
|  | : | Claim No.  4 |
| Movant CACH, LLC | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : |  |
| Respondent (if none, then "No Respondent") | : |  |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    CACH, LLC

    Incorrect Address: 4340 S MONACO ST
                                FL 2
                                DENVER CO 80237-3485

Corrected Address:

    Creditor Name:    CACH, LLC

    Correct Address:  PO Box 10587
                                Greenville SC 29603-0587

Dated    8/16/2017

Signature of Creditor

*Susan Gaines* (signature)

Typed Name
Susan Gaines

Address
PO Box 10587
Greenville SC 29603-0587

Phone No.
(877) 264-5884