# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| BUNNY G CARNS | Case No. 14-70208JAD |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC++ | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> PRIOR USE OF THE ADDRESS ON THE FACE OF THE CLAIM HAS PREVIOUSLY RESULTED IN RETURNED MAIL. NO CHANGE OF ADDRESS OR TRANSFER OF CLAIM HAS BEEN FILED.

| | |
|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC++ C/O RECOVERY MGMNT SYST CORP 25 SE 2ND AVE STE 1120 MIAMI, FL 33131-1605 | Court claim# 13/Trustee CID# 9 |

The Movant further certifies that on 04/09/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc: debtor(s) original creditor putative creditor counsel for debtor(s) counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour RONDA J WINNECOUR PA ID #30399 CHAPTER 13 TRUSTEE WD PA 600 GRANT STREET SUITE 3250 US STEEL TWR PITTSBURGH, PA  15219 (412) 471-5566 cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>BUNNY G CARNS, 213 WEST LLOYD STREET, EBENSBURG, PA  15931 | DEBTOR'S COUNSEL:<br>KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658 |
| ORIGINAL CREDITOR:<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC++, C/O RECOVERY MGMNT SYST CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL 33131-1605<br><br>NEW CREDITOR: | :<br>PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA  23513 |