## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### *Conciliation Conference:*

|  |  |  |
|---|---|---|
| Debtor: | BUNNY G CARNS | |
| Case Number: | 14-70208-JAD | Chapter: 13 |

Date / Time / Room:   WEDNESDAY, JUNE 12, 2019  11:00 AM   COURTROOM D

Bankruptcy Judge:   JEFFERY A. DELLER
Courtroom Clerk:   JEFF FURIS
Reporter / ECR:   N/A

### *Matter:*

Motion To Dismiss Filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed By Debtor on 5/23/2019 at Doc. # 82
R / M #:  80 / 0

### *Appearances:*

TRUSTEE:  WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Kenneth P. Seitz, Esq.
CREDITOR:

### *Proceedings:*

____ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:  *120*
      ✓ For At Least _____ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at

_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order -  NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

FILED
6/14/19 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge