**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

  BUNNY G CARNS

          Debtor(s)

  Ronda J. Winnecour, Trustee

    Movant

      vs.

  BUNNY G CARNS

       Respondents

Case No.14-70208JAD

Chapter 13

Document No. _____89_____

FILED
8/7/19 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

**ORDER TO STOP PAYROLL DEDUCTIONS**

---

AND NOW, this ___7th_____ day of __August__ , 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Amn Services
12400 High Bluff Dr
San Diego,CA 92130

is hereby ordered to immediately terminate the attachment of the wages of BUNNY G CARNS,

social security number XXX-XX-1611.   No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of BUNNY G CARNS.

FURTHER ORDERED:   n/a

BY THE COURT:

_____jsf_____

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer
xxxxxxxxxxxxxxxxxx

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-70208-JAD
Bunny G Carns                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dpas              Page 1 of 1           Date Rcvd: Aug 07, 2019
                             Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db           +Bunny G Carns,   213 West Lloyd Street,   Ebensburg, PA 15931-1905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   M&T BANK andygornall@latouflawfirm.com
          James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Kenneth P. Seitz   on behalf of Debtor Bunny G Carns thedebterasers@aol.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                              TOTAL: 6