SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

2. Case Administrator

FROM:  Financial Administrator

UC

DATE: **8/30/2019**

CASE NAME: **Carns**

CASE NUMBER: **14-70208-JAD**

Check Number **1128724** in the amount of $ **41.86** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **16173**      Intake Clerk's Initials **MF**

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
08/28/2019

Michael R. Rhodes, Esquire　　　　　　　　OR　　　　Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court　　　　　　　　　　　　　Clerk, US Bankruptcy Court
5414 U.S. Steel Tower　　　　　　　　　　　　　　　　U.S. Courthouse, Room B160
600 Grant Street　　　　　　　　　　　　　　　　　　17 South Park Row
PIttsburgh, PA  15219　　　　　　　　　　　　　　　Erie, PA  16501

Re: BUNNY G CARNS

Case No: 14-70208JAD

Dear Mr. Rhodes:

　　I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
　　These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

　　　　　　　Bureaus Investment Group Portfolio No 15 Llc++
　　　　　　　　　　C/O Recovery Mgmnt Syst Corp
　　　　　　　　　　　25 Se 2Nd Ave Ste 1120
　　　　　　　　　　　　Miami,FL 33131-1605

CHECK NUMBER 1128724　　　　AMOUNT $41.86

　　The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

　　　Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

　　　　　　　　　　　　　　　　　　　　/s/ Jackie Blough
　　　　　　　　　　　　　　　　　　　　Administrative Assistant
　　　　　　　　　　　　　　　　　　　　for Ronda J. Winnecour, Esq.
　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

CC:KENNETH P SEITZ ESQ
BUNNY G CARNS

Bureaus Investment Group Portfolio No 15 Llc++