Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bunny G Carns**
  Debtor(s)

Bankruptcy Case No.: 14−70208−JAD

Chapter: 13
Docket No.: 98 − 97

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 25th of September, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/5/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/15/19 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/5/19.**

                                                            Jeffery A. Deller
                                                            United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 14-70208-JAD
Bunny G Carns                                                           Chapter 13
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                   Page 1 of 2                  Date Rcvd: Sep 25, 2019
                              Form ID: 408                 Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db             +Bunny G Carns,    213 West Lloyd Street,    Ebensburg, PA 15931-1905
13827872       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13827873       +Berkheimer,    P.O. Box 995,    50 North Seventh Street,    Bangor, PA 18013-1798
13827877       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13827878       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13827881       +Commonwealth of Pennsylvania,    Collection's Unit,    14th Floor, Strawberry Square,
                 Harrisburg, PA 17120-0001
13839306       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13837818       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13827891       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13893841       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13834813       +Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13827895       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13827896       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13843427       +E-mail/Text: bncmail@w-legal.com Sep 26 2019 03:27:36      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13860473        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 26 2019 03:36:06
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13833985        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 26 2019 03:35:07
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13855913        E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:33:48
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13827874        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2019 03:34:53      Cach, Llc,
                 PO Box 10587,    Greenville SC 29603-0587
13827875       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2019 03:35:31       Cap1/Bontn,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13827876       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2019 03:35:31       Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13827879       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2019 03:26:34       Comenity Bank/Bon Ton,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
13827880       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2019 03:26:34       Comenity Bank/Justice,
                 Po Box 182789,    Columbus, OH 43218-2789
13827883       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 26 2019 03:27:51
                 Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13827882       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 26 2019 03:27:51
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13831156        E-mail/Text: mrdiscen@discover.com Sep 26 2019 03:26:08      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13827884       +E-mail/Text: mrdiscen@discover.com Sep 26 2019 03:26:08      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13827885       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:33:33       Gecrb/Belk,    Po Box 965028,
                 Orlando, FL 32896-5028
13827886        E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:35:24       Gecrb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13827887       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:35:23       Gecrb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13827888       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:33:33       Gecrb/Paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
13827889       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:33:33       Gecrb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13904197        E-mail/Text: camanagement@mtb.com Sep 26 2019 03:26:27      M&T Bank,    Attn: Bev Inglalsbe,
                 1100 Wehrle Drive,    Williamsville, NY 1422
13827890        E-mail/Text: camanagement@mtb.com Sep 26 2019 03:26:27      M&T Bank,
                 Lending Services, Customer Support,    P.O. Box 900,    Millsboro, DE 19966
13827892       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2019 03:27:19       Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13879537        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:35:36
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13827894       +E-mail/Text: bankruptcynotices@psecu.com Sep 26 2019 03:28:01       PSECU,    P.O. Box 67013,
                 Harrisburg, PA 17106-7013
13829614        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2019 03:27:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13827893       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:35:35
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
```

```
District/off: 0315-7          User: jfur                  Page 2 of 2                   Date Rcvd: Sep 25, 2019
                              Form ID: 408                Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13834820         E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2019 03:26:43
                 Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13834874        +E-mail/Text: bncmail@w-legal.com Sep 26 2019 03:27:36      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13827897        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 26 2019 03:26:00
                 Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              M&T Bank
                                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Ashley  Popowitz    on behalf of Creditor    M&T Bank flbkecf@mccallaraymer.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Bunny G Carns thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```