**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    BUNNY G CARNS

        Debtor(s)

  Ronda J. Winnecour
       Movant
    vs.
  No Repondents.

Case No.:14-70208 JAD

Chapter 13

Document No.: 97

FILED
11/8/19 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

    AND NOW, this ___8th___ day of ___November___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 14-70208-JAD
Bunny G Carns                                                           Chapter 13
        Debtor            CERTIFICATE OF NOTICE
District/off: 0315-7           User: mgut                   Page 1 of 2                   Date Rcvd: Nov 08, 2019
                               Form ID: pdf900              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db             +Bunny G Carns,    213 West Lloyd Street,    Ebensburg, PA 15931-1905
13827872      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
13827873       +Berkheimer,    P.O. Box 995,    50 North Seventh Street,    Bangor, PA 18013-1798
13827877       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13827878       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13827881       +Commonwealth of Pennsylvania,     Collection’s Unit,    14th Floor, Strawberry Square,
                 Harrisburg, PA 17120-0001
13839306       +Department Stores National Bank/Macy’s,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13837818       +Department Stores National Bank/Macys,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13827891       +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
13893841       +Peoples Natural Gas Company LLC,     375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13834813       +Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,     Syosset, NY 11791-3416
13827895       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13827896       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13843427       +E-mail/Text: bncmail@w-legal.com Nov 09 2019 03:00:33      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13860473        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2019 03:23:16
                 American InfoSource LP as agent for,     Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13833985        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2019 03:25:00
                 American InfoSource LP as agent for,     Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
13855913        E-mail/PDF: rmscedi@recoverycorp.com Nov 09 2019 03:23:10
                 Bureaus Investment Group Portfolio No 15 LLC,      c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,     Miami FL 33131-1605
13827874        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2019 03:23:18      Cach, Llc,
                 PO Box 10587,    Greenville SC 29603-0587
13827875       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2019 03:24:51      Cap1/Bontn,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13827876       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2019 03:23:08      Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13827879       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2019 03:00:09      Comenity Bank/Bon Ton,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
13827880       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2019 03:00:09      Comenity Bank/Justice,
                 Po Box 182789,    Columbus, OH 43218-2789
13827883       +E-mail/Text: bdsupport@creditmanagementcompany.com Nov 09 2019 03:00:41
                 Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13827882       +E-mail/Text: bdsupport@creditmanagementcompany.com Nov 09 2019 03:00:41
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13831156        E-mail/Text: mrdiscen@discover.com Nov 09 2019 02:59:58      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13827884       +E-mail/Text: mrdiscen@discover.com Nov 09 2019 02:59:58      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13827885       +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 03:23:07      Gecrb/Belk,   Po Box 965028,
                 Orlando, FL 32896-5028
13827886        E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 03:24:54      Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13827887       +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 03:24:54      Gecrb/Lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
13827888       +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 03:26:53      Gecrb/Paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
13827889       +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 03:24:52      Gecrb/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
13904197        E-mail/Text: camanagement@mtb.com Nov 09 2019 03:00:04      M&T Bank,   Attn: Bev Inglalsbe,
                 1100 Wehrle Drive,    Williamsville, NY 1422
13827890        E-mail/Text: camanagement@mtb.com Nov 09 2019 03:00:04      M&T Bank,
                 Lending Services, Customer Support,     P.O. Box 900,    Millsboro, DE 19966
13827892       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2019 03:00:26      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13879537        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2019 03:23:09
                 Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
13827894       +E-mail/Text: bankruptcynotices@psecu.com Nov 09 2019 03:00:45      PSECU,   P.O. Box 67013,
                 Harrisburg, PA 17106-7013
13829614        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2019 03:00:24
                 Pennsylvania Department of Revenue,     Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13827893       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2019 03:23:09
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
```

```
District/off: 0315-7          User: mgut                   Page 2 of 2                   Date Rcvd: Nov 08, 2019
                              Form ID: pdf900              Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13834820         E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2019 03:00:14
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13834874        +E-mail/Text: bncmail@w-legal.com Nov 09 2019 03:00:33      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13827897        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 09 2019 02:58:48
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              M&T Bank
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Ashley  Popowitz    on behalf of Creditor    M&T Bank flbkecf@mccallaraymer.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Bunny G Carns thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```